Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2025 DEC 15  AM 10: 48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
PLAINTIFF

ZACHARY PAGE
USMS# N/A
DEFENDANT

CASE NUMBER: 2:25-mj-07759-DUTY-2

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 12/12/25 at ~11:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the N/A District of N/A on N/A at N/A ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☒ No

4. Charges under which defendant has been booked:
   18 U.S.C. § 371, 26 U.S.C. § 5861(d)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: N/A

7. Year of Birth: 1993

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: N/A   Phone Number: N/A

9. Name of Pretrial Services Officer notified: N/A

10. Remarks (if any): N/A

11. Name: SA Jonathan Knight   (please print)

12. Office Phone Number: 571-639-9870        13. Agency: FBI

14. Signature: *Jonathan Knight*              15. Date: 12/14/2025

CR-64 (09/20)                 REPORT COMMENCING CRIMINAL ACTION