Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT

**12/23/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MRV\_____ DEPUTY

Case Number  2:25-cr-01022-MWF

Defendant Number  3

U.S.A. v.  Dante James Anthony-Gaffield

Year of Birth  2001

[✓] Indictment      [ ] Information

Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense  12/12/2025

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles        [ ] Ventura

[ ] Orange             [ ] Santa Barbara

[ ] Riverside          [ ] San Luis Obispo

[ ] San Bernardino     [ ] Other _____

Citation of Offense   18 U.S.C. § 2339A, 26 U.S.C. § 5861(d)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No      [ ] Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

  a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

  b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 12/13/2025

Case Number:  25-mj-7759-3

Assigned Judge:   Hon. Michael B. Kaufman

Charging: 18 U.S.C. § 371, 26 U.S.C. § 5861(d)

The complaint/CVB citation:

  [✓] is still pending

  [ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No  [✓] Yes

IF YES, provide Name:   Robert Schwarz

  Phone Number:   (208) 608-0880

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

  [ ] Yes*      [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

  [ ] Yes*      [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes  [ ] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on: _____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge _____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

  [ ] Yes*      [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

  [ ] Yes*      [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?

  [ ] Yes      [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

**INTERPRETER**

Is an interpreter required?    ☐ YES    ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male          ☐ Female

☑ U.S. Citizen    ☐ Alien

Alias Name(s)    Nomad _____

_____

This defendant is charged in:
  ☐ All counts
  ☑ Only counts:  4, 6 _____

☐ This defendant is designated as "High Risk" per
     18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
     18 USC § 3166(b)(7).

Is defendant a juvenile?        ☐ Yes    ☑ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area(s) of substantive law that will be involved in this case
include(s):

☐ financial institution fraud    ☐ public corruption

☐ government fraud            ☐ tax offenses

☐ environmental issues         ☐ mail/wire fraud

☐ narcotics offenses           ☐ immigration offenses

☐ violent crimes/firearms       ☐ corporate fraud

☑ Other    Terrorism _____

_____

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint:  _____

b. Posted bond at complaint level on:  _____

   in the amount of $ _____

c. PSA supervision?    ☐ Yes   ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:    ☐ State   ☑ Federal

b. Name of Institution:  LA MDC _____

c. If Federal, U.S. Marshals Service Registration Number:
     30764-512 _____

d. ☑ Solely on this charge.  Date and time of arrest:
     12/12/2025 _____

e. On another conviction:    ☐ Yes        ☐ No

   IF YES :  ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges:    ☐ Yes   ☐ No

   IF YES :  ☐ State   ☐ Federal    AND

   Name of Court: _____

   Date transferred to federal custody: _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P. _____20 _____21 _____40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

_____

Date    12/22/2025 _____

Signature of Assistant U.S. Attorney

Daniel H. Weiner _____
Print Name