UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. 2:25-cr-01022-MWF | | Date: 1/2/2026 |
| Present: The Honorable: Rozella A. Oliver, United States Magistrate Judge | | |
| Interpreter N/A | | Language N/A |

| Eduardo Ramirez | CS 01/02/2026 | Daniel Weiner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | ✔ Present | In Custody | Attorneys for Defendants: | ✔ Present | CJA |
|---|---|---|---|---|---|
| Tina Lai | | | Humberto Diaz | | |

**Proceedings:** Arrangement of Defendant and/or    Assignment of Case    ✔ Appointment of Counsel
Initial Appearance

\* Court does not question defendant as to true name.
\* Defendant is arraigned under name on the Indictment.
\* Defendant acknowledges having read the Indictment and discussed it with counsel.
\* Defendant pleads "not guilty" to all counts of the Indictment.
\* This case is assigned to Judge Michael W. Fitzgerald.
\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 2/17/2026 8:30 AM;
Status Conference: 1/12/2026 3:00 PM
\* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA        PSAED        PSASA
  ✔ USMLA        USMED        USMSA       Initial Appearance/Appointment of Counsel: 00 : 00
     Statistics Clerk            Interpreter                 Arraignment: 00 : 04
  ✔ CJA Supervising Attorney    Fiscal              Initials of Deputy Clerk: ER by TRB