UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-01022-MWF     Date: 1/5/2026

Present: The Honorable: Charles F. Eick, United States Magistrate Judge

Interpreter N/A     Language N/A

| Bea Martinez | CS 01/05/2026 | Danny Weiner |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✔ Present  In Custody       Attorneys for Defendants:  ✔ Present  CJA

Zachary Aaron Page                                    John Neil McNicholas

**Proceedings: Arraignment of Defendant and/or**    ✔ Assignment of Case     Appointment of Counsel
                                                     Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Michael W. Fitzgerald.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 2/17/2026 8:30 AM; Status Conference: 1/26/2026 3:00 PM
* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA        PSAED        PSASA            Initial Appearance/Appointment of Counsel: 00 : 00
  ✔ USMLA        USMED        USMSA                              Arraignment: 00 : 02
     Statistics Clerk          Interpreter
  ✔ CJA Supervising Attorney   Fiscal               Initials of Deputy Clerk: BM by TRB