UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-01022-MWF                                    Date: 1/5/2026

Present: The Honorable: Charles F. Eick, United States Magistrate Judge

Interpreter  N/A                                              Language  N/A

| Bea Martinez | CS 01/05/2026 | Danny Weiner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present  In Custody          Attorneys for Defendants:  ✔ Present  DFPD

Audrey Illeene Carroll                                        Erica Choi

**Proceedings: Arraignment of Defendant and/or**   ✔ Assignment of Case      Appointment of Counsel
                                                      Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Michael W. Fitzgerald.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 2/17/2026 8:30 AM;
Status Conference: 1/26/2026 3:00 PM
* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA        PSAED        PSASA           Initial Appearance/Appointment of Counsel: 00 : 00
  ✔ USMLA        USMED        USMSA           Arraignment: 00 : 02
     Statistics Clerk           Interpreter
     CJA Supervising Attorney   Fiscal          Initials of Deputy Clerk: BM by TRB