UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:25-cr-01022-MWF                                    Date: 1/20/2026

Present: The Honorable: Maria A. Audero, United States Magistrate Judge

Interpreter N/A                                    Language N/A

| Marina Moreno-Carillo | CS 01/20/2026 | Barr Benyamin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present  In Custody          Attorneys for Defendants:  ✔ Present  CJA

Dante Gaffield                                    Robert K. Schwarz S/A byBenjamin Lechman

**Proceedings: Arraignment of**      ✔ **Assignment of Case**        **Appointment of Counsel**
**Defendant and/or**                     **Initial Appearance**

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Michael W. Fitzgerald.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 2/17/2026 8:30 AM;
Status Conference: 2/2/2026 3:00 PM
* Judge Fitzgerald is located in 5A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA          PSAED          PSASA          **Initial Appearance/Appointment of Counsel:** 00 : 00
     ✔ USMLA         USMED          USMSA
        Statistics Clerk            Interpreter                              **Arraignment:** 00 : 05
     ✔ CJA Supervising Attorney     Fiscal
                                                           **Initials of Deputy Clerk:** MMC by TRB