BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Chief, National Security Division
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
National Security Division
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorney
Transnational Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3667/5748/0813
    Facsimile: (213) 894-0141
    E-mail:    ian.yanniello@usdoj.gov
                amanda.elbogen@usdoj.gov
                daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-1022-MWF |
|---|---|
| Plaintiff, | NOTICE OF ASSIGNMENT |
| v. | |
| AUDREY ILLEENE CARROLL, et al., | |
| Defendants. | |

      Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California, hereby advises the Court that the above-captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

| | Name | E-mail address |
|---|---|---|
| Newly-Assigned AUSA | Amanda B. Elbogen | Amanda.elbogen@usdoj.gov |

1  Please make all necessary changes to the Court's Case
2  Management/Electronic Case Filing system to ensure the newly-assigned
3  AUSA's name is associated with this case as attorney of record for
4  Plaintiff and that the newly-assigned AUSA receives all emails
5  relating to filings in this case.

Dated: February 25, 2026            Respectfully submitted,

                                            BILAL A. ESSAYLI
                                            First Assistant United States Attorney

                                            IAN V. YANNIELLO
                                            Assistant United States Attorney
                                            Chief, National Security Division

                                                  /s/
                                            AMANDA B. ELBOGEN
                                            DANIEL H. WEINER
                                            Assistant United States Attorneys

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA