UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TINA LAI, AKA Kickwhere,

Defendant - Appellant.

No. 26-1889

D.C. No.
2:25-cr-01022-MWF-4
Central District of California,
Los Angeles

ORDER

Before: FRIEDLAND, R. NELSON, and BADE, Circuit Judges.

In this appeal from the district court's pretrial detention order, we have jurisdiction under 18 U.S.C. § 3145(c) and 28 U.S.C. § 1291. We review for clear error the district court's factual findings concerning danger to the community. *United States v. Hir*, 517 F.3d 1081, 1086 (9th Cir. 2008). "[W]hether the district court's factual determinations justify the pretrial detention order is reviewed de novo." *Id*. at 1086-87.

The district court did not clearly err in finding, by clear and convincing evidence, that appellant poses a danger to the community and that "no condition or combination of conditions will reasonably assure … the safety of … the community." 18 U.S.C. § 3142(e)(1), (f)(2). These findings justify the pretrial detention order and we affirm.

**AFFIRMED.**