UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

MAY 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

  v.

TINA LAI, AKA Kickwhere,

      Defendant - Appellant.

No. 26-1889

D.C. No.
2:25-cr-01022-MWF-4

Central District of California,
Los Angeles

MANDATE

The judgment of this Court, entered May 05, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.


               FOR THE COURT:

               MOLLY C. DWYER
               CLERK OF COURT